**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PATRICIA SMITH,
San Diego, California

and

CHARLES WOODS,
Portland, Oregon

        Plaintiffs,

v.

HILLARY RODHAM CLINTON,
3067 Whitehaven St. NW
Washington, D.C., 20008

        Defendant.

**Civil Action Number
16-cv-01606 (RCL)**

## <u>AFFIDAVIT REQUESTING ENTRY OF DEFAULT AGAINST DEFENDANT HILLARY RODHAM CLINTON</u>

I, Larry Klayman, being duly sworn, hereby depose and say:

1.  I am counsel for Plaintiffs in the above-captioned matter and I am over eighteen (18) years of age. I am testifying based on my personal knowledge and belief.

2.  Plaintiffs initiated this action on August 8, 2016.

3.  Defendant Hillary Clinton does not serve in the U.S. military, is not a juvenile, and is not incompetent.

4.  On August 9, 2016, Dorinda Miller of Same Day Process Service, Inc., attempted to serve Defendant Hillary Clinton at her home address located at 3067 Whitehaven St. NW, Washington, D.C. 20008.

5.   Ms. Miller spoke to Special Officer Matthews of the U.S. Secret Service who stated that he is not authorized to receive court documents and that Defendant Hillary Clinton needed to be served at her campaign office, which should be "Googled." (*See* Exhibit 1).

6.   Defendant Hillary Clinton was then served at her campaign office, by Jack Johnson of Same Day Process Service, Inc., by delivering a conformed copy of the Summons in a Civil Action; Civil Cover Sheet; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Complaint; Notice of Right to Consent to Trial Before a United States Magistrate Judge: Notice, Consent, and Reference of a Civil Action to a Magistrate Judge at 1 Pierrepont Plaza, Brooklyn, NY 11201. (*See* Exhibit 2).

7.   Despite having been served in this matter, no appearance has been entered by Defendant Hillary Clinton, no responsive pleading has been filed or served upon counsel for Plaintiffs; no motions for extension of time have been filed with or granted by this Court for Defendant Hillary Clinton. The time for filing a response to the Complaint has expired. Pursuant to Federal Rule of Civil Procedure 4(e), the response by Defendant Hillary Clinton was due on or before September 1, 2016.

8.   For all the above reasons, the Clerk of the Court is requested to enter a Default against Defendant Hillary Clinton.

Larry Klayman, Esq.
Counsel for Plaintiffs Patricia Smith and
Charles Woods

STATE OF __California__ )
                                           ) ss:
COUNTY OF __Los Angeles__ )

   BEFORE ME, the undersigned authority this day personally appeared Larry Klayman, being by me first duly sworn, deposes and states under oath that the facts set forth in the foregoing are true and correct to the best of his knowledge and belief, and who has produced valid Florida Driver's License, No. K 455-525-51-260-0, which is current.

2

**SWORN TO AND SUBSCRIBED** before me this ___8___ day of _September_, 2016.



_____
Notary Public, State of _____CA_____

_____
(Printed name of Notary Public)

My Commission Expires:                                    (Affix Official Seal)

KIM PAYTON
Commission # 2053723
Notary Public - California
Los Angeles County
My Comm. Expires Dec 29, 2017

Dated: September 8, 2016

Respectfully submitted,

_/s/ Larry Klayman_
Larry Klayman, Esq.
Freedom Watch, Inc.
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

_Attorney for Plaintiffs_

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

STRANGE, *et. al*

                                      Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, *et al*

                                      Defendants.

Civil Action No. 1:14-cv-00435

## RULE 55(a) DEFAULT OF DEFENDANT
## HILLARY RODHAM CLINTON

It appearing that Defendant Hillary Rodham Clinton has failed to plead or otherwise defend this action though duly served with Notice of Suit, Summons and a copy of the Complaint pursuant to Federal Rule of Civil Procedure 4(e) on August 11, 2016, and an affidavit on behalf of Plaintiffs having been filed and attached hereto, it is this _____ day of September, 2016, this Court declared that Defendant Hillary Rodham Clinton is in default.

ANGELA D. CAESAR, CLERK

By: _____
                 Deputy Clerk

4

## CERTIFICATE OF SERIVCE

I hereby certify that I have caused copies of Larry Klayman's Affidavit Requesting Entry of Default of Defendant Hillary Clinton to be mailed, postage pre-paid, through the U.S. Postal Service on September 8, 2016, to the following:

> Mrs. Hillary Clinton
> Clinton Campaign Office
> Mrs. Hillary Clinton
> 1 Pierrepont Plaza
> Brooklyn, NY 11201

Larry Klayman

EXHIBIT 1

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Patricia Smith, et al**

Plaintiff(s),

VS.

**Hillary Rodham Clinton**

Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Firm
2020 Pennsylvania Avenue, N.W., #345
Washington DC 20006

*205656*

**Case Number: 1:16-cv-01606**

Legal documents received by Same Day Process Service, Inc. on **08/09/2016** at **2:48 PM** to be served upon **Hillary Rodham Clinton at 3067 Whitehaven St., NW, Washington, DC 20008**

I, **Dorinda Miller**, swear and affirm that on **August 10, 2016** at **3:48 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Hillary Rodham Clinton** the Summons in a Civil Action; Civil Cover Sheet; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Complaint; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; for the reason that I failed to find the subject or information as to the location of the subjects' whereabouts.

**Supplemental Data Appropriate to this Service:**

| Date/Time | Address | Remarks |
|---|---|---|
| 08/10/2016-3:48 PM | 3067 Whitehaven St., NW Washington, DC 20008 | Spoke to Special Officer Matthews of the United States Secret Service who stated he is not authorized to receive court documents and that you should serve Hilary Clintons campaign office and to "Google" the location for service. - Attempted by Dorinda Miller |

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Dorinda Miller**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

(202)-398-4200

Internal Job ID:205656

District of Columbia: SS
Subscribed and Sworn to before me
this __8__ day of __September__, __2016__

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

TYLER WALKER
NOTARY PUBLIC
DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES
2/14/2021

# EXHIBIT 2

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Patricia Smith, et al**

        Plaintiff(s),

VS.

**Hillary Rodham Clinton**

        Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Firm
2020 Pennsylvania Avenue, N.W., #345
Washington DC 20006



*205700*

**Case Number: 1:16-cv-01606**

Legal documents received by Same Day Process Service, Inc. on **08/10/2016** at **2:50 PM** to be served upon **Hillary Rodham Clinton at 1 Pierrepont Plaza, Brooklyn, NY 11201**

I, **Jack Johnson**, swear and affirm that on **August 11, 2016 at 11:36 AM**, I did the following:

Served **Hillary Rodham Clinton** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Complaint; Notice of Right to Consent to Trial Before a United States Magistrate Judge: Notice. Consent. and Reference of a Civil Action to a Magistrate Judge; to John Doe as Security Officer**      at **1 Pierrepont Plaza , Brooklyn, NY 11201.**

**Description of Person Accepting Service:**
Sex: Male Age: 40-50 Height: Sitting Skin Color: Black Hair Color: Black

**Supplemental Data Appropriate to this Service:** Process server was advised that his presence would need to be announced to Secretary Clinton's staff before entry into the building would be granted. Staff for Ms. Clinton were unwilling to present themselves to accept service of process. Process server left the service documents in the possession of a security officer at the commercial address. The officer did not provide his name. On August 11, 2016, a copy of the legal documents were sent -via the United States Postal Service - to the Respondent's attention at the service address.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Jack Johnson_ #2037237

Jack Johnson
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID: 205700

