**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PATRICIA SMITH, *et al.* Plaintiffs, v. HILLARY RODHAM CLINTON, Defendant. | ) | Civil Action No. 16-1606 (ABJ) |

**ORDER**

Pursuant to Federal Rules of Civil Procedure 12 and 58, and for the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that the United States' Motion for Partial Substitution of the United States [Dkt. # 23] is **GRANTED**. The United States is substituted as a defendant with respect to Counts I and IV, and with respect to Counts V and VI to the extent that those counts relate to actions that Secretary Clinton took as Secretary of State. It is

**FUTHER ORDERED** that the United States' Motion to Dismiss [Dkt. # 24] is **GRANTED**. Counts I and IV are dismissed without prejudice in their entirety, and Counts V and VI are dismissed without prejudice to the extent that those counts relate to actions that Secretary Clinton took as Secretary of State. It is

**FURTHER ORDERED** that Secretary Clinton's motion to dismiss [Dkt. # 28] is **GRANTED**. Counts II and III are dismissed in their entirety, and Counts V and VI are dismissed to the extent that those counts are premised on the alleged defamation.

This is a final appealable order.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE: May 26, 2017