# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 17-5133**            **September Term, 2017**

**1:16-cv-01606-ABJ**

**Filed On: June 11, 2018** [1735323]

Patricia Smith and Charles Woods,

       Appellants

       v.

Hillary Rodham Clinton and United States of America,

       Appellees

## M A N D A T E

In accordance with the judgment of March 27, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                 BY:    /s/
                            Ken R. Meadows
                            Deputy Clerk

Link to the judgment filed March 27, 2018