# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 17-5133**                                          **September Term, 2017**

FILED ON: MARCH 27, 2018

PATRICIA SMITH AND CHARLES WOODS,
        APPELLANTS

v.

HILLARY RODHAM CLINTON AND UNITED STATES OF AMERICA,
        APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:16-cv-01606)

---

Before: ROGERS, MILLETT, and PILLARD, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and on the briefs of the parties. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

BY:     /s/

                                                Ken Meadows
                                                Deputy Clerk

Date: March 27, 2018

Opinion Per Curiam